# Exhibit A

Case 1:23-cv-03433-PAC   Document 1-1   Filed 04/24/23   Page 2 of 10

Consolidation Date: 01/23/2023        Client 6230 LEVY - 1st Mail Run        Report Generated:
Client Id: 6230                                                               01/23/2023
Consolidation #: 1                                                            23:41:41

Client: 6230, Consolidation: 1, Batch Id: 842438, Sequence: 141

### INFORMATION SUBPOENA WITH RESTRAINING NOTICE

TO:   TD BANK   9000 ATRIUM WAY   MOUNT LAUREL   NJ   08054
------------------------------------------------------------X
NYH-CUMC DEPARTMENT OF SURGERY
                    Plaintiff(s)
VS.                                    Index #: CV-056598-07
CANDI LEVINE, ,
SOC. SEC. #: [redacted]
ADDRESS: 411 EAST 57TH ST APT 12A, NEW YORK, NY 10022
                    Defendant(s)     THE PEOPLE OF THE STATE OF NEW YORK
------------------------------------------------------------X

In an action in the CIVIL COURT OF THE CITY OF NEW YORK, County of NEW YORK, between the creditor(s) and the debtor(s), a judgment was entered on DECEMBER 04, 2008 in favor of the creditor(s) and against the debtor(s) in the sum of $9,307.64 in which $21,287.26 is due, plus interest from January 18, 2023.

WHEREAS, you may owe a debt to the judgment debtor(s) or may be in possession of property in which they have an interest. NOW, THEREFORE, WE COMMAND YOU to answer in writing each question in the questionnaire stated below, and return the answers within seven days after your receipt of this subpoena. TAKE NOTICE that CPLR 5222(b) forbids you to make or suffer any sale or transfer of any such property or to pay over or otherwise dispose of any such debt except as therein provided. TAKE FURTHER NOTICE that disobedience of this restraining notice or false swearing or failure to comply with this subpoena is punishable as a contempt of court.

I hereby certify that this information subpoena complies with Rule 5224 of the Civil Practice Law and Rules and Section 601 of the General Business Law and that I have reasonable belief that the party receiving this subpoena has in their possession information about the debtor that will assist the creditor in collection the judgment.

QUESTIONNAIRE
1. If you have any account or safe deposit box in which the debtor(s) may have an interest, whether under the same name of the debtor(s), under a trade or corporate name, or in association with others as of the date of this subpoena or at any time thereto, answer the following as to each such account:
   ACCOUNT TITLE:
   ACCOUNT NUMBER:
   AMOUNT ON DEPOSIT:
   DATE OPENED:
   DATE CLOSED:
   BOX LESSEE(S) NAME(S):
2. State the debtor(s) social security number and date of birth:
3. State the debtor(s) last known home address and telephone number:
4. State the name, address and telephone number of the debtor(s) last known employer:
5. Is the debtor indebted to you?    If so, what is the:
   NATURE OF DEBT:
   AMOUNT OF ORIGINAL DEBT:
   AMOUNT REPAID:
   DATE OF LAST PAYMENT:
   BANK OF WHICH PAYMENT WAS DRAWN:
6. Do you have a security interest (e.g. lien, mortgage, possession) in any property of the debtor(s) or in which the debtor(s) has an interest?   If so, fully describe in detail below or attach a copy of same.

CIVIL PRACTICE LAWS AND RULES
Section 5222(b) Effect of restraint; prohibition of transfer; duration. A judgment debtor with restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has an interest, except upon direction of the sheriff or pursuant to an order of the court, until the judgment is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor is effective only if, at the time of service, he owes the debtor or he is in possession or custody of property in which he knows or has reason to believe the judgment debtor has an interest, or if the judgment creditor has stated in the notice that specified debt is owed by the person served to the judgment debtor or that the judgment debtor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor is known or believed to have an interest then in and thereafter coming into possession or custody of such person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor, shall be subject to this notice. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to any order of the court, until the expiration of one year after the notice is served upon him, or until the judgment is satisfied or vacated, whichever event first occurs. A judgment creditor who has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed if other than the judgment debtor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment, the restraining notice is not effective as to other property or money.

Signature _____    Print name / bank stamp _____

Date:  January 18, 2023
Claim #: 403597
/EA    Please return this subpoena to our office.

                                              Paul J. Hooten, Esq.

*Attorney(s) for Judgment Creditor*
**The Law Office of Paul J. Hooten & Associates**
5505 Nesconset Highway - Suite 203    Mt. Sinai, NY 11766
Phone: (631) 331-0547

> PLEASE INCLUDE OUR CLAIM NUMBER ON ALL CORRESPONDENCE SENT TO OUR OFFICE

Case 1:23-cv-03433-PAC   Document 1-1   Filed 04/24/23   Page 3 of 10

Consolidation Date: 01/23/2023
Client Id: 6230
Consolidation #: 1

Client 6230 LEVY - 1st Mail Run

Report Generated:
01/23/2023
23:41:41

(Blank Page)

Consolidation Date: 01/23/2023　　　　Client 6230 LEVY - 1st Mail Run　　　　Report Generated:
Client Id: 6230　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　01/23/2023
Consolidation #: 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　23:41:41

Client: 6230, Consolidation: 1, Batch Id: 842438, Sequence: 142

INFORMATION SUBPOENA WITH RESTRAINING NOTICE

TO:　TD BANK　　9000 ATRIUM WAY　　MOUNT LAUREL　　NJ　　08054
--------------------------------------------------X
NYH-CUMC DEPARTMENT OF SURGERY
　　　　　　　　　　　Plaintiff(s)
vs.　　　　　　　　　　　　　　　　　　　　　Index #: CV-056598-07
CANDI LEVINE, ,
SOC. SEC. #:
ADDRESS: 411 EAST 57TH ST APT 12A, NEW YORK, NY 10022
　　　　　　　　　　　Defendant(s)　　　　THE PEOPLE OF THE STATE OF NEW YORK
--------------------------------------------------X

In an action in the CIVIL COURT OF THE CITY OF NEW YORK, County of NEW YORK, between the creditor(s) and the debtor(s), a judgment was entered on DECEMBER 04, 2008 in favor of the creditor(s) and against the debtor(s) in the sum of $9,307.64 in which $21,287.26 is due, plus interest from January 18, 2023.

WHEREAS, you may owe a debt to the judgment debtor(s) or may be in possession of property in which they have an interest. NOW, THEREFORE, WE COMMAND YOU to answer in writing each question in the questionnaire stated below, and return the answers within seven days after your receipt of this subpoena. TAKE NOTICE that CPLR 5222(b) forbids you to make or suffer any sale or transfer of any such property or to pay over or otherwise dispose of any such debt except as therein provided. TAKE FURTHER NOTICE that disobedience of this restraining notice or false swearing or failure to comply with this subpoena is punishable as a contempt of court.

I hereby certify that this information subpoena complies with Rule 5224 of the Civil Practice Law and Rules and Section 601 of the General Business Law and that I have reasonable belief that the party receiving this subpoena has in their possession information about the debtor that will assist the creditor in collection the judgment.

QUESTIONNAIRE
1. If you have any account or safe deposit box in which the debtor(s) may have an interest, whether under the same name of the debtor(s), under a trade or corporate name, or in association with others as of the date of this subpoena or at any time thereto, answer the following as to each such account:
　　ACCOUNT TITLE:
　　ACCOUNT NUMBER:
　　AMOUNT ON DEPOSIT:
　　DATE OPENED:
　　DATE CLOSED:
　　BOX LESSEE(S) NAME(S):
2. State the debtor(s) social security number and date of birth:
3. State the debtor(s) last known home address and telephone number:
4. State the name, address and telephone number of the debtor(s) last known employer:
5. Is the debtor indebted to you?　　If so, what is the:
　　NATURE OF DEBT:
　　AMOUNT OF ORIGINAL DEBT:
　　AMOUNT REPAID:
　　DATE OF LAST PAYMENT:
　　BANK OF WHICH PAYMENT WAS DRAWN:
6. Do you have a security interest (e.g. lien, mortgage, possession) in any property of the debtor(s) or in which the debtor(s) has an interest?　　If so, fully describe in detail below or attach a copy of same.

CIVIL PRACTICE LAWS AND RULES
Section 5222(b) Effect of restraint; prohibition of transfer; duration. A judgment debtor with restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has an interest, except upon direction of the sheriff or pursuant to an order of the court, until the judgment is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor is effective only if, at the time of service, he owes the debtor or he is in possession or custody of property in which he knows or has reason to believe the judgment debtor has an interest, or if the judgment creditor has stated in the notice that specified debt is owed by the person served to the judgment debtor or that the judgment debtor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor is known or believed to have an interest then in and thereafter coming into possession or custody of such person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor, shall be subject to this notice. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to any order of the court, until the expiration of one year after the notice is served upon him, or until the judgment is satisfied or vacated, whichever event first occurs. A judgment creditor who has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person whom the debt is owed, if other than the judgment debtor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment, the restraining notice is not effective as to other property or money.

Signature _____   Print name / bank stamp _____

Date:　January 18, 2023
Claim #: 403597
/EA　Please return this subpoena to our office.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul J. Hooten, Esq.

*Attorney(s) for Judgment Creditor*
**The Law Office of Paul J. Hooten & Associates**
5505 Nesconset Highway - Suite 203    Mt. Sinai, NY 11766
Phone: (631) 331-0547

> PLEASE INCLUDE OUR CLAIM NUMBER ON ALL CORRESPONDENCE SENT TO OUR OFFICE

Case 1:23-cv-03433-PAC   Document 1-1   Filed 04/24/23   Page 5 of 10

Consolidation Date: 01/23/2023
Client Id: 6230
Consolidation #: 1

Client 6230 LEVY - 1st Mail Run

Report Generated:
01/23/2023
23:41:41

(Blank Page)

Case 1:23-cv-03433-PAC   Document 1-1   Filed 04/24/23   Page 6 of 10

Consolidation Date: 01/23/2023
Client Id: 6230
Consolidation #: 1

Client 6230 LEVY - 1st Mail Run

Report Generated:
01/23/2023
23:41:41

Client: 6230, Consolidation: 1, Batch Id: 842438, Sequence: 143

CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF NEW YORK
------------------------------------------------X
NYH-CUMC DEPARTMENT OF SURGERY
                               Plaintiff

-against-

CANDI LEVINE
                               Defendant
------------------------------------------------X

Index No. CV-056598-07

**EXEMPTION CLAIM FORM**

Paul J. Hooten and Associates, PLLC
Attorney for Judgment Creditor
5505 Nesconset Hwy - Suite 203
Mount Sinai, NY 11766

TD Bank
9000 Atrium Way
Mount Laurel, NJ 08054

Directions:

To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to and one form to Paul J. Hooten and Associates, PLLC ,5505 Nesconset Hwy - Suite 203 Mount Sinai, NY 11766 and one form to TD Bank, 9000 Atrium Way, Mount Laurel, NJ 08054 within twenty days of the date on the envelope holding this notice.

**If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

____Social security
____Social security disability (SSD)
____Supplemental security income (SSI)
____Public assistance
____Wages while receiving SSI or public assistance
____Veterans benefits
____Unemployment insurance
____Payments from pensions and retirement accounts
____Income earned in the last 60 days (90% of which is exempt)
____Child support
____Spousal support or maintenance (alimony)
____Workers' compensation
____Railroad retirement or black lung benefits
____Other (describe exemption):_____

I request that any correspondence to me regarding my claim be sent to the following address:

_____
     (FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

_____        _____
DATE                        SIGNATURE OF JUDGMENT DEBTOR

Case 1:23-cv-03433-PAC   Document 1-1   Filed 04/24/23   Page 7 of 10

Consolidation Date: 01/23/2023                Client 6230 LEVY - 1st Mail Run                Report Generated:
Client Id: 6230                                                                                01/23/2023
Consolidation #: 1                                                                             23:41:41

# EXEMPTION NOTICE
## as required by New York Law

### YOUR BANK ACCOUNT IS RESTRAINED OR "FROZEN"

The attached Restraining Notice or notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the court clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

### DOES YOUR BANK ACCOUNT CONTAIN ANY OF THE FOLLOWING TYPES OF FUNDS?

1. Social security;
2. Social security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits.

If YES, you can claim that your money is exempt and cannot be taken.

To make the claim, you must
   (a) complete the EXEMPTION CLAIM FORM attached;
   (b) deliver or mail the form to the bank with the restrained or "frozen" account; and
   (c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form.

Case 1:23-cv-03433-PAC   Document 1-1   Filed 04/24/23   Page 8 of 10

Consolidation Date: 01/23/2023   Client 6230 LEVY - 1st Mail Run   Report Generated:
Client Id: 6230                                                    01/23/2023
Consolidation #: 1                                                 23:41:41

Client: 6230, Consolidation: 1, Batch Id: 842438, Sequence: 144

**CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF NEW YORK**

-------------------------------------------------X
NYH-CUMC DEPARTMENT OF SURGERY
                                    Plaintiff

-against-

CANDI LEVINE
                                    Defendant
-------------------------------------------------X

Index No. CV-056598-07

**EXEMPTION CLAIM FORM**

Paul J. Hooten and Associates, PLLC
Attorney for Judgment Creditor
5505 Nesconset Hwy - Suite 203
Mount Sinai, NY 11766

TD Bank
9000 Atrium Way
Mount Laurel, NJ 08054

Directions:

To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to and one form to Paul J. Hooten and Associates, PLLC ,5505 Nesconset Hwy - Suite 203 Mount Sinai, NY 11766 and one form to TD Bank, 9000 Atrium Way, Mount Laurel, NJ 08054 within twenty days of the date on the envelope holding this notice.

**If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

____Social security
____Social security disability (SSD)
____Supplemental security income (SSI)
____Public assistance
____Wages while receiving SSI or public assistance
____Veterans benefits
____Unemployment insurance
____Payments from pensions and retirement accounts
____Income earned in the last 60 days (90% of which is exempt)
____Child support
____Spousal support or maintenance (alimony)
____Workers' compensation
____Railroad retirement or black lung benefits
____Other (describe exemption):_____

I request that any correspondence to me regarding my claim be sent to the following address:

_____
(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

_____

DATE            SIGNATURE OF JUDGMENT DEBTOR

Case 1:23-cv-03433-PAC   Document 1-1   Filed 04/24/23   Page 9 of 10

Consolidation Date: 01/23/2023                Client 6230 LEVY - 1st Mail Run                Report Generated:
Client Id: 6230                                                                               01/23/2023
Consolidation #: 1                                                                            23:41:41

## EXEMPTION NOTICE
### as required by New York Law

### YOUR BANK ACCOUNT IS RESTRAINED OR "FROZEN"

The attached Restraining Notice or notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the court clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

### DOES YOUR BANK ACCOUNT CONTAIN ANY OF THE FOLLOWING TYPES OF FUNDS?

1. Social security;
2. Social security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits.

If YES, you can claim that your money is exempt and cannot be taken.

To make the claim, you must
 (a) complete the EXEMPTION CLAIM FORM attached;
 (b) deliver or mail the form to the bank with the restrained or "frozen" account; and
 (c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form.

Case 1:23-cv-03433-PAC   Document 1-1   Filed 04/24/23   Page 10 of 10

Consolidation Date: 01/23/2023

Client Id: 6230

Consolidation #: 1

Client 6230 LEVY - 1st Mail Run

Report Generated:
01/23/2023
23:41:41

Client: 6230, Consolidation: 1, Batch Id: 842438, Sequence: 145





Important notice ...  ...phone number below.

إخطار هام مرفق طيّه. لديكم أسئلة؟ زوروا موقعنا الإلكتروني أو اتصلوا برقم الهاتف أدناه.

গুরুত্বপূর্ণ বিজ্ঞপ্তি সংযুক্ত। প্রশ্ন আছে? আমাদের ওয়েবসাইটে যান অথবা নিচে দেওয়া টেলিফোন নম্বরে কল করুন।

隨附重要提示。有疑問？請訪問我們的網站或撥打下方電話號碼。

Gen yon avi enpòtan nan anvlòp sa a. Ou gen kesyon? Ale sou sit entènèt nou an oswa rele nimewo telefòn ki pi ba a.

Avviso importante incluso. Domande? Visita il nostro sito web o chiama il numero di telefono qui sotto.

중요한 정보가 포함되어 있습니다. 질문 사항은 우리의 웹사이트를 방문하시거나 아래 전화번호로 문의해 주십시오.

Ważna informacja w załączeniu. Masz pytania? Odwiedź naszą stronę internetową lub zadzwoń pod podany poniżej numer telefonu.

Важная информация. Вопросы? Посетите наш веб-сайт или позвоните по номеру телефона ниже.

Se adjunta notificación importante. ¿Preguntas? Ingrese a nuestra página web o llame al número de teléfono que se indica a continuación.

וויכטיגע מודעה בײגעלייגט. פראגעס? באזיכט אונזער וועב-זייטל אדער רופט דעם אונטערגעדריקטן טעלעפאן נומער.

Childsupport.ny.gov | Child Support Helpline: 888-208-4485 (TTY 866-875-9975)