# Exhibit B



**TD Bank**
America's Most Convenient Bank®
P.O. Box 1880
Cherry Hill, NJ 08034

tdbank.com

February 21, 2023

MARK A LEVINE, CANDI S LEVINE
411 E 57TH ST APT 12A
NEW YORK, NY 10022

TD Bank reference number: ▇▇▇▇▇▇

Dear Customer:

On February 16, 2023, TD Bank, N.A was served with a restraining notice that seeks to reach accounts in which you have an interest (the "Restraining Notice") (copy enclosed). By law, TD Bank, N.A. is required to comply with legal process we reasonably believe involves you or any account(s) in which you have an interest and New York law authorizes us to withhold up to twice the amount stated in a restraining notice. Thus, funds on deposit in excess of the automatic exemption under applicable New York law up to $42,574.52 are subject to restraint pursuant to the Restraining Notice. Accordingly, the following amount(s) has (have) been deducted from your account(s) and placed in a separate holding account:

| Account | Amount |
|---|---|
| ▇▇▇▇▇▇ | $42,574.52 |
| Total | $42,574.52 |

These funds will remain in the holding account until TD Bank, N.A is required by law to remit them or at such time that it is served with a court order directing it to remit payment. Any funds subject to this Restraining Notice are not available for withdrawal or to pay any outstanding checks.

In accord with your customer account agreement, TD Bank, N.A. has assessed a fee of $125.00 for receiving and processing the Restraining Notice on funds in excess of the automatic exemption under applicable New York law. In addition, your account(s) remain subject to any lawful bank fees that may be assessed on such excess funds pursuant to your account agreement.

You are entitled to an automatic exemption under applicable New York law of up to $3,600.00. **You can access or withdraw such exempt funds in four ways until such exempt funds have been completely withdrawn.**

**First,** you can access or withdraw such exempt funds by **visiting a TD Bank store** during normal business hours.

**Second,** you can access or withdraw such exempt funds **from an ATM by calling the following toll free number:** (856) 380-2675. This access at ATMs is available five days a week, Monday to Friday, 8:30 AM to 5:00 PM Eastern Standard Time. This access is limited to withdrawals from ATMs, and expressly does not include any type of point of sale transactions from which debit cards are accepted.

**Third,** you can access or withdraw such exempt funds by **writing a check** against your account to any payee. Checks previously issued will be processed provided the account contains sufficient exempt funds to pay the entire check.

**Fourth,** you can access or withdraw such exempt funds by **initiating ACH transactions** against the account. These transactions include electronic payments established with a third-party vendor to pay for mortgage, credit cards, or utility bills. ACH transactions previously initiated will be processed provided the account contains sufficient exempt funds to pay the entire ACH transaction.

You may be entitled to exemptions in amounts in excess of the automatic exemptions discussed above. Please refer to the enclosed Restraining Notice, exemption notice and exemption claim form for additional information.

For further information regarding the Restraining Notice order please contact the creditor listed on such Restraining Notice. You may wish to consult an attorney concerning this matter. TD Bank, N.A. cannot provide you with legal advice.

Sincerely,
TD Bank, N.A.