# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)　　　　　　　　　352 Rutland Road #1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11225
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　  (212) 248-7908

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2024
```

**MEMO ENDORSED**

March 22, 2024

<u>Via ECF</u>
Honorable Katherine H. Parker, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

　　　Re:　<u>Levine v. Hooten,</u> SDNY Case No. 23-CV-3433 (PAC)

Dear Judge Parker:

My office represents the plaintiffs, Candi and Mark Levine, in the above-referenced case filed under the Fair Debt Collection Practices Act, 15 U.S.C. 1692, *et seq.*

<u>I am writing to request that Your Honor reschedule the in-person settlement conference currently scheduled for April 24, 2024 to May 21, 2024 at 10:00 a.m. I am making this request, because April 24th is the second day of Passover and my office will be closed.</u>

<u>I have confirmed that the Court and all parties are available on May 21, 2024.</u>

Respectfully,

<u>/s/ *Brian L. Bromberg*</u>
Brian L. Bromberg

　　cc:　Paul H. Hooten, Esq. (Via ECF)

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, April 24, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. is hereby rescheduled to Tuesday, May 21, 2024 at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>May 14, 2024 by 5:00 p.m.</u>

　　　　　　　　　　　　　　　　　　　　　　　　APPLICATION GRANTED

　　　　　　　　　　　　　　　　　　　　　　　　*Katharine H. Parker*

　　　　　　　　　　　　　　　　　　　　　Hon. Katharine H. Parker, U.S.M.J.　　03/25/2024